

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Michael  W. Gioffredi v. The Retreat at Riverstone

Appellate case number:   01-21-00627-CV

Trial court case number:  21-CCV-068826

Trial court:             County Court at Law No. 1 of Fort Bend County

On February 25, 2022, Appellant Michael W. Gioffredi filed a letter that we construe as a motion for extension of time to file his appellate brief.  Appellant's motion to extend time to file his brief is **granted**.  Appellant's brief is due **April 4, 2022**.  The relief granted in this order is limited to the deadline for Appellant to file his appellate brief.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting individually


Date:  March 3, 2022